UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY F. REEVES,<br><br>              Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the<br>Social Security Administration,<br><br>            Defendants. | Case No. ED CV 05-888-PJW<br><br>J U D G M E N T |

    In accordance with the Memorandum Opinion and Order filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the case is remanded to the Agency for further proceedings consistent with the Memorandum Opinion and Order filed this day.

    DATED:   <u>January 7, 2008</u>.

                                                      PATRICK J. WALSH<br>                                                    UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\REEVES, M\judgment.wpd